**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Jerrold Green, et al.

                                 Plaintiff,

v.                                                     Case No.: 1:21−cv−05957

                                                                Honorable John F. Kness

Rust−Oleum Corporation

                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 27, 2023:

      MINUTE entry before the Honorable John F. Kness: Plaintiff has filed a "Notice of Voluntary Dismissal Without Prejudice" [87]. Because the Notice was filed before the opposing party served either an answer or a motion for summary judgment, the case is dismissed by operation of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. *See Nelson v. Napolitano*, 657 F.3d 586, 587 (7th Cir. 2011) (Rule 41(a)(1)(A) notice of dismissal "is self−executing and effective without further action from the court"). Consistent with the terms of the Notice, this dismissal is with prejudice as to all Plaintiffs' individual claims, but without prejudice as to the claims of the putative class. Each party is to bear its own fees and costs. The Court thanks Magistrate Judge Finnegan for her efforts on referral. Civil case terminated. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.